UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO RODRIGUEZ JR.,

Plaintiff,

-against-

DUTCHESS COUNTY JUSTICE AND TRANSITION CENTER; PEDRO MIRANDA HERNANDEZ; GENE GREEN; JOSEPH MARINO; JANE DOE; PRIMECARE MEDICAL; CHLOE DERBY,

Defendants.

**ORDER OF SERVICE**

26-CV-02673 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, currently detained at the Dutchess County Justice and Transition Center, proceeds in this matter *pro se* and *in forma pauperis.* He filed this complaint pursuant to 42 U.S.C. § 1983, alleging that on September 29, 2025, Defendants subjected him to excessive force and denied him adequate medical care for the resulting injuries.

By order dated June 8, 2026, the Court dismissed one defendant, substituted another defendant, and ordered service on the remaining named defendants, including PrimeCare Medical, the medical provider for Dutchess County Jail. (Doc. 8). That order also directed Dutchess County, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), to provide names and service addresses for (1) the CERT officers who entered Plaintiff's cell (#29 in the Bravo Housing Unit) on September 29, 2025; and (2) the Jane Doe PrimeCare Medical nurse who treated Plaintiff in the holding cell on that day. (*Id.*). PrimeCare waived service on July 21, 2026 (Doc. 16), and counsel for PrimeCare appeared on September 21, 2026. (Doc. 21).

By letter dated September 4, 2026, Dutchess County provided the names and service addresses of two C.E.R.T. Team Members: Officers Harold Miller and Colin Scott. (Doc. 17). The

County also provided the names of the following PrimeCare employees who treated Plaintiff: Nurses Cheryl Meneses and Paula Holloway. (Doc. 17). The County contends, however, that because the PrimeCare employees are not County employees, "it does not have any address information" for them. (*Id.*).

Pursuant to the Court's June 8, 2026 Order (Doc. 8), the Court deems Plaintiff's Complaint amended to identify Officers Harold Miller and Colin Scott, and Nurses Cheryl Meneses and Paula Holloway as defendants. Counsel for Dutchess County is directed to advise the Court by letter by September 29, 2026 whether it will be representing Officers Harold Miller and Colin Scott, and whether it will agree to accept service of the summonses and complaint on their behalf.

The Court orders counsel for PrimeCare, pursuant to *Valentin*, 121 F.3d at 76, to provide addresses where Nurses Cheryl Meneses and Paula Holloway may be served. Counsel for PrimeCare must provide this information to the Court by September 29, 2026. Counsel shall also advise whether it will be representing Nurses Cheryl Meneses and Paula Holloway, and whether it will agree to accept service of the summonses and complaint on their behalf.

## CONCLUSION

Counsel for the County shall file a letter concerning representation and service by September 29, 2026.

Counsel for PrimeCare shall file a letter providing addresses for service upon defendants Meneses and Holloway, and concerning representation, by September 29, 2026.

The Clerk of Court is directed to add as Defendants, under Fed. R. Civ. P. 21, the following Defendants: (1) C.E.R.T. Officer Harold Miller; (2) C.E.R.T. Officer Colin Scott; (3) Nurse Cheryl Meneses; and (4) Nurse Paula Holloway.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED**

Dated: White Plains, New York
September 22, 2026

PHILIP M. HALPERN
United States District Judge