UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO RODRIGUEZ JR., Plaintiff, -against- DUTCHESS COUNTY JUSTICE AND TRANSITION CENTER; PEDRO MIRANDA HERNANDEZ; GENE GREEN; JOSEPH MARINO; JANE DOE; PRIMECARE MEDICAL; CHLOE DERBY, Defendants. | **ORDER OF SERVICE** 26-CV-02673 (PMH) |

PHILIP M. HALPERN, United States District Judge:

On September 28, 2026, counsel for PrimeCare Medical advised the Court that they represent Defendants Cheryl Meneses and Paula Holloway in this action and waive service on their behalf. (Doc. 26). Counsel for Dutchess County, on September 29, 2026, advised the Court that they represent Defendants Harold Miller and Colin Scott, and accept service on their behalf. (Doc. 28).

The Court deems Plaintiff's complaint, as amended by the Court's September 22, 2026 order (Doc. 25), served upon Defendants Harold Miller, Colin Scott, Cheryl Meneses, and Paula Holloway. The Court directs counsel to file notices of appearance via ECF on behalf of the newly added Defendants.

The Court further grants Defendants leave to move to dismiss (Doc. 19, Doc. 23) and waives any pre-motion conference requirement. The County Defendants (Dutchess County, Officers Pedro Miranda Hernandez, Gene Green Joseph Marino, Harold Miller, and Colin Scott) and the PrimeCare Defendants (PrimeCare Medical, Cheryl Meneses, and Paula Holloway), are granted leave to each move to dismiss, but shall file a single joint memorandum of law in support

of such motions. The moving papers shall be served and filed by October 30, 2026. Plaintiff's opposition shall be served and filed by November 30, 2026. Defendants' joint reply shall be filed by December 18, 2026.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 19) and mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
September 30, 2026

PHILIP M. HALPERN
United States District Judge